**Order filed September 22, 2016**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-16-00628-CV**

———————

## IN THE INTEREST OF G.E.M., A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2015-13128**

## O R D E R

The notice of appeal in this case was filed August 8, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 7, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM